

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Angela Brown_
(Please print)

STREET ADDRESS: _821 Union Drive_

CITY/STATE/ZIP: _University Park, IL. 60466_

PHONE NUMBER: _708) 248-2010_

CASE NUMBER:
08CV3488
JUDGE DOW
MAGISTRATE JUDGE BROWN

_Angela Brown_            _6/18/08_
Signature                  Date

**FILED**
JUN 1 8 2008   NF
Jun 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT