U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 08CV3488
ANGELA BROWN
v.
MACY'S RETAIL HOLDINGS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DEFENDANT MACY'S EAST, INC., INCORRECTLY SUED AS MACY'S RETAIL HOLDINGS, INC.

| | |
|---|---|
| NAME (Type or print) Carolyn E. Kang | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Carolyn E. Kang | |
| FIRM BryceDowney, LLC | |
| STREET ADDRESS 200 North LaSalle, Suite 2700 | |
| CITY/STATE/ZIP Chicago, Illinois / 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6284918 | TELEPHONE NUMBER 312-377-1501 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08CV3488 |
| | ) | Judge Robert M. Dow |
| MACY'S RETAIL HOLDINGS, INC. | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2008, I electronically filed the foregoing APPEARANCE with the clerk of the court using the CM/ECF System and by depositing the same for overnight delivery Federal Express, at 200 North LaSalle Street, Chicago, IL 60601 by 5:00 p.m., to the following Pro Se individual: Angela Brown, 821 Union Drive, University Park, IL 60466.

      MACY'S EAST, INC., INCORRECLTY SUED AS MACY'S RETAIL HOLDINGS, INC.

      BY: **/s/** Carolyn E. Kang
           One of Its Attorneys

Richard W. Lenkov, Esq.
Carolyn E. Kang, Esq.
BryceDowney, LLC
200 North LaSalle Street
Suite 2700
Chicago, IL 60601
(312) 377-1501
(312) 377-1502 Fax
Firm I.D. 41189
rlenkov@brycedowney.com
ckang@brycedowney.com