IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08CV3488 |
| | ) | Judge Robert M. Dow |
| MACY'S RETAIL HOLDINGS, INC. | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## JURY DEMAND

Defendant demands trial by jury.

                                                MACY'S EAST, INC., INCORRECLTY
                                                SUED AS MACY'S RETAIL HOLDINGS,
                                                INC.

                                                BY:  **/s/**  Carolyn E. Kang
                                                        One of Its Attorneys

Richard W. Lenkov, Esq.
Carolyn E. Kang, Esq.
BryceDowney, LLC
200 North LaSalle Street
Suite 2700
Chicago, IL 60601
(312) 377-1501
(312) 377-1502 Fax
Firm I.D. 41189
rlenkov@brycedowney.com
ckang@brycedowney.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 15, 2008, I electronically filed the foregoing JURY DEMAND with the clerk of the court using the CM/ECF System and by depositing the same for overnight delivery Federal Express, at 200 North LaSalle Street, Chicago, IL 60601 by 5:00 p.m., to the following Pro Se individual: Angela Brown, 821 Union Drive, University Park, IL 60466.

                 MACY'S EAST, INC., INCORRECLTY
                 SUED AS MACY'S RETAIL HOLDINGS,
                 INC.

                 BY**:** **/s/** Carolyn E. Kang_____
                    One of Its Attorneys

Richard W. Lenkov, Esq.
Carolyn E. Kang, Esq.
BryceDowney, LLC
200 North LaSalle Street
Suite 2700
Chicago, IL 60601
(312) 377-1501
(312) 377-1502 Fax
Firm I.D. 41189
rlenkov@brycedowney.com
ckang@brycedowney.com