UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Angela Brown
                                  Plaintiff,

v.                                               Case No.: 1:08−cv−03488
                                               Honorable Robert M. Dow Jr.

Macy's Retail Holdings, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Defendant's motion to dismiss Count II of Plaintiff's complaint [13] is taken under advisement and the following briefing schedule is set: Plaintiff's response brief is due on or before 8/15/08; Plaintiff's reply, if any, is due on or before 8/29/08. Plaintiff is advised that the District Court's pro se help desk in the Clerk's Office on the 20th Floor of the Dirksen Federal Courthouse may be a useful resource if Plaintiff has questions about court procedures and filings. Notice of motion date of 7/23/08 is stricken and no appearance is necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.