IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08CV3488 |
| | ) | Judge Robert M. Dow |
| MACY'S RETAIL HOLDINGS, INC. | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF MOTION</u>**

Please take notice that Defendant, MACY'S EAST, INC., INCORRECLTY SUED AS MACY'S RETAIL HOLDINGS, INC., will appear before the Honorable Robert M. Dow, United States District Court Judge for the Northern District of Illinois, in Courtroom 1919 at the U.S. District Courthouse, 219 South Dearborn, Chicago, Illinois 60604 at 9:15 a.m. on Tuesday, August 26, 2008, and at that time present its Motion to Compel Settlement, a copy of which is attached and hereby served upon you.

                                            MACY'S EAST, INC., INCORRECLTY
                                            SUED AS MACY'S RETAIL HOLDINGS,
                                            INC.

                                            BY**:** **/s/** Carolyn E. Kang_____
                                                   One of Its Attorneys

Richard W. Lenkov, Esq.
Carolyn E. Kang, Esq.
BryceDowney, LLC
200 North LaSalle Street
Suite 2700
Chicago, IL 60601
(312) 377-1501
(312) 377-1502 Fax
Firm I.D. 41189
rlenkov@brycedowney.com
ckang@brycedowney.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2008, I electronically filed the foregoing NOTICE OF MOTION with the clerk of the court using the CM/ECF System and by depositing the same in the U.S. mail, at 200 North LaSalle Street, Chicago, IL 60601 by 5:00 p.m., to the following Pro Se individual: Angela Brown, P.O. Box 1071, Park Forest, Illinois 60466.

                              MACY'S EAST, INC., INCORRECLTY SUED AS MACY'S RETAIL HOLDINGS, INC.

                              BY: **/s/** Carolyn E. Kang
                                     One of Its Attorneys

Richard W. Lenkov, Esq.
Carolyn E. Kang, Esq.
BryceDowney, LLC
200 North LaSalle Street
Suite 2700
Chicago, IL 60601
(312) 377-1501
(312) 377-1502 Fax
Firm I.D. 41189
rlenkov@brycedowney.com
ckang@brycedowney.com