IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08CV3488 |
| | ) | Judge Robert M. Dow |
| MACY'S RETAIL HOLDINGS, INC. | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## **PROPOSED ORDER**

This cause coming to be heard on Defendant's Motion to Compel settlement, it is hereby ordered as follows:

1.      Defendant is permitted to contact Plaintiff's medical providers directly to obtain executed W-9 forms and release of liens.

2.      Defendant is permitted to issue three separate checks directly to Dr. Tucker in the amount of $1,200.00; Dr. Thornton in the amount of $2,826.00; and Northwestern Medical Faculty Foundation in the amount of $1,146.00.

3.      Upon receipt of Plaintiff's executed release, Defendant will issue a check to Plaintiff for the remaining balance of $2,000.

WHEREFORE, Defendant, MACY'S EAST, INC., respectfully requests that this Court compel settlement as set forth above and for all other just and appropriate relief in the premises.

MACY'S EAST, INC., INCORRECLTY
SUED AS MACY'S RETAIL HOLDINGS,
INC.

BY: /s/ Carolyn E. Kang_____
        One of Its Attorneys

Richard W. Lenkov, Esq.
Carolyn E. Kang, Esq.
BryceDowney, LLC
200 North LaSalle Street
Suite 2700
Chicago, IL 60601
(312) 377-1501
(312) 377-1502 Fax
Firm I.D. 41189
rlenkov@brycedowney.com
ckang@brycedowney.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 21, 2008, I electronically filed the foregoing PROPOSED ORDER with the clerk of the court using the CM/ECF System and by depositing the same for delivery, at 200 North LaSalle Street, Chicago, IL 60601 by 5:00 p.m., to the following Pro Se individual:  Angela Brown, P.O. Box 1071, Park Forest, Illinois 60466.

MACY'S EAST, INC., INCORRECLTY SUED AS MACY'S RETAIL HOLDINGS, INC.

BY:  <u>/s/  Carolyn E. Kang_____</u>
        One of Its Attorneys

Richard W. Lenkov, Esq.
Carolyn E. Kang, Esq.
BryceDowney, LLC
200 North LaSalle Street
Suite 2700
Chicago, IL 60601
(312) 377-1501
(312) 377-1502 Fax
Firm I.D. 41189
rlenkov@brycedowney.com
ckang@brycedowney.com