UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Angela Brown
                                    Plaintiff,
v.                                                    Case No.: 1:08−cv−03488
                                                      Honorable Robert M. Dow Jr.
Macy's Retail Holdings, Inc.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Defendant's Motion to compel [17] and Motion for order [19] are entered and continued and referred to Magistrate Judge Brown for hearing. Status hearing date of 9/2/08 is stricken.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.