**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Angela Brown
                              Plaintiff,
v.                                              Case No.: 1:08−cv−03488
                                                Honorable Robert M. Dow Jr.
Macy's Retail Holdings, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

   MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing held. Motion hearing held. Defendant's motion to compel [17] and motion for order [19] are entered and continued to 09/25/08 at 9:00 a.m. Dr. Darold Tucker and Dr. Earl Thornton may appear at the continued motion hearing on 09/25/08 to present any objection or additional information to the physicians' lien asserted in this case. Plaintiff shall serve a copy of this order to Dr. Tucker and Dr. Thornton by 09/15/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.